**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| UMIDA IZZATOV, mother and friend of minor R.I., Plaintiffs, | ) | |
| v. | ) | Case No. 1:22-cv-04112 |
| VILLAGE OF MUNDELEIN, a municipal corporation, POLICE OFC. JEFFREY MARRA; POLICE OFC. JACOB OAKES; POLICE OFC. ANDREW THOMPSON; POLICE OFC. ISRAEL HERNANDEZ; POLICE OFC. JAKOB ANDERSON; POLICE OFC. BRANDON COULOMBE; | ) | Honorable Judge Sara L. Ellis |
| Defendants. | ) | JURY TRIAL DEMANDED |

**STIPULATION TO DISMISS DEFENDANT VILLAGE OF MUNDELEIN**

IT IS HEREBY STIPULATED AND AGREED between the Plaintiff, UMIDA IZZATOV, as Mother and Friend of R.I., a minor, and the Defendant, THE VILLAGE OF MUNDELEIN, by their respective attorneys of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss Defendant, Village of Mundelein, with prejudice, with each party bearing its own costs and attorneys' fees, conditional to receipt of proceeds as agreed within the parties' Settlement Agreement.

Dated: December 14, 2022

Respectfully submitted,

/s/ Joel Emery Rabb
JOEL EMERY RABB, Attorney No. 6305201
*Attorney for Plaintiff*

Law Office of Joel Rabb and Associates
111 W. Washington #1750
Chicago, IL 60602
312-593-8661

joelrabb@gmail.com

/s/ Maurice C. Hunt
MAURICE C. HUNT, Attorney No. 6328749
*One of the Attorneys for Defendants*

James G. Sotos
John J. Timbo
Maurice C. Hunt
The Sotos Law Firm, P.C.
141 W. Jackson Blvd.
Suite 1240A
Chicago, Illinois 60604
(630) 735-3300
mhunt@jsotoslaw.com